

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00563-CV

Miriam **LEDEZMA**,
Appellant

v.

**LAREDO HOUSING AUTHORITY**,
Appellee

From the County Court at Law, Webb County, Texas
Trial Court No. 2018CVD000029L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Ginny Henderson, to file the reporter's record by October 15, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court